**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| KELLY SMITH, EXECUTRIX OF THE ESTATE OF DANIEL R. HARRITY, DECEASED, | : No. 124 WAL 2022 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| Petitioner | : from the Order of the Superior Court |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| A.O. SMITH CORPORATION, ET. AL., | : |
| | : |
| Respondent | : |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 16th day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.